IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR362 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | SCHEDULING ORDER |
| | ) | |
| KEITH LEON DYSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the following is set for hearing on **October 5th at 9:00 a.m** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18 Plaza, Omaha, Nebraska:

**-Detention Hearing**

Since this is a criminal case, the defendant must be present, unless excused by the court.

DATED this 29th day of September 2005.

BY THE COURT:

s/F.A. Gossett
U.S. Magistrate Judge